Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.414.3266
Facsimile    209.414.3268
Attorneys for Defendant BEN VAN PHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Y THI NHU LE AND BEN VAN PHAN,<br><br>Defendants. | Case No.: 2:23-CR-00188 WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>REQUESTED DATE: MARCH 17, 2025<br>TIME: 10:00 A.M.<br>JUDGE: HON. WILLIAM B. SHUBB |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Heiko P. Coppola, and Defendants Y Thi Nhu Le, by and through her counsel of record, Timote Tuitavuki, and Ben Van Phan, by and through his counsel of record, Mary Ann F. Bird, (collectively, the "parties") hereby stipulate as follows:

1. By previous order, this matter was set for status conference on November 25, 2024 at 10:00 a.m. and time was ordered excluded in the interest of justice.

2. By this stipulation, the Defendants hereby move to continue the status conference to March 17, 2025 because counsels for the defendants need additional time to prepare for trial. Specifically, defense counsel need the additional time to continue reviewing the

STIPULATION AND ORDER - CONTINUANCE
PAGE: 1

voluminous discovery provided by the United States, to consult with their clients, to perform legal research, to investigate and otherwise prepare for trial.

3. Counsel for the defendants believe that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the Government does not object to the continuance.

4. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161, et seq, within which trial must commence, the time period of November 25, 2024 to March 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv)[Local Code T4], because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: November 18, 2024                PHILLIP A. TALBERT
                                        United States Attorney

                                        BY: __/s/ HEIKO P. COPPOLA_____
                                        HEIKO P. COPPOLA
                                        Assistant United States Attorney

STIPULATION AND ORDER - CONTINUANCE
PAGE: 2

Dated: November 18, 2024          __/s/TIMOTE FAKAOFO TUITAVUKI__
TIMOTE FAKAOFO TUITAVUKI
Attorney for Y Thi Nhu Le

Dated: November 18, 2024          ___/s/ MARY ANN F. BIRD_____
MARY ANN F. BIRD
Attorney for Ben Van Phan

## FINDINGS AND ORDER

The matter having come before the Court and for good cause appearing,

The Court hereby continues the status conference hearing to **March 17, 2025 at 10:00 A.M.** Time is excluded under the Speedy Trial Act from November 25, 2024 up to and including March 17, 2025 pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv)[Local Code T4] . The ends of justice outweigh the best interests of the public and the defendants in a speedy trial..

IT IS SO ORDERED.

Dated:  November 20, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - CONTINUANCE
PAGE: 3