Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
3522 Deer Park Drive
Suite A
Stockton, CA 95219
Telephone      209.414.3266
Facsimile      209.414.3268
Attorneys for Defendant BEN VAN PHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00188 WBS |
| Plaintiff, | |
| vs. | ORDER TO SEAL DOCUMENTS AND THE DEFENSE'S REQUEST TO SEAL |
| BEN VAN PHAN, | |
| Defendant. | |

Having considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), the Court finds that, for the reasons stated in the Defense's request to seal, sealing these documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Defense would be harmed. In light of the public filing of its request to seal, the Court finds that there are no additional alternatives to sealing the Defense's motion that would adequately protect the compelling interests identified by the Defense.

IT IS HEREBY ORDERED that the Defense's five-page document and attachments in support thereof pertaining to Defendant Ben Van Phan and the Defense's Request to Seal shall

BIRD & VAN DYKE, INC.
ORDER TO SEAL DOCUMENTS - FEDERAL
PAGE: 1

be SEALED until further Order of this Court pursuant to Local Rule 141(b) and based upon the representations contained in the Defense's Request to Seal.

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for the defendant.

IT IS SO ORDERED.

Dated:  January 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BIRD & VAN DYKE, INC.
ORDER TO SEAL DOCUMENTS - FEDERAL
PAGE: 2