Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
3522 Deer Park Drive
Suite A
Stockton, CA 95219
Telephone        209.414.3266
Facsimile        209.414.3268
Attorneys for Defendant BEN VAN PHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 2:23-CR-00188-02 WBS |
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S PRESENCE |
| BEN VAN PHAN, | |
| Defendants. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the Defendant, Ben Van Phan, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including but not limited to when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of the jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of the Defendant which the Court may permit pursuant to this waiver; agrees that the Defendant's interests will be deemed represented at all times by the presence of Defendant's attorney; the same as if Defendant were personally present; and further agrees to be present in Court ready for trial any day and hour the Court may fix in the Defendant's absence.

BIRD & VAN DYKE, INC.
WAIVER OF APPEARANCE - FEDERAL
PAGE: 1

Defendant further acknowledges that Defendant has been informed of the Defendant's rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), authorizes Defendant's attorney to set times and delays under that Act without Defendant being present.

DATED: January 13, 2026                  ____/s/ Ben Van Phan_____
                                                                    BEN VAN PHAN
                                                                    DEFENDANT

I agree with and consent to my client's waiver of appearance.

DATED: January 13, 2026                  _____/s/ Mary Ann F. Bird_____
                                                                    MARY ANN F. BIRD
                                                                    Attorney for Ben Van Phan

ORDER

IT IS SO ORDERED.

Dated:  January 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BIRD & VAN DYKE, INC.
WAIVER OF APPEARANCE - FEDERAL
PAGE: 2